# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL AVILA GONZALEZ, | CV F 05-1108 AWI WMW |
| Petitioner, | ORDER REQUIRING RESPONDENT TO FILE RESPONSIVE PLEADING |
| v. | |
| DONALD RIDING, OFFICER IN CHARGE, | ORDER SETTING BRIEFING SCHEDULE |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

    Petitioner Rafael Gonzales has filed a petition for writ of mandamus. Petitioner seeks to compel Respondent to adjudicate his I-485 application for Permanent Residence. Petitioner contends that the application has been on file with the USCIS (United States Citizenship and Immigration Service) since July 2, 1999. Petitioner contends Respondent has delayed adjudicating his request without a legitimate reason for the delay. Plaintiff requests that the court compel Respondent to make a decision on this application.

    The Mandamus and Venue Act of 1961 states: "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Mandamus is only available when (1) plaintiff's claim is clear and certain; (2) duty is ministerial and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available. Guerrero v. Clinton, 157 F.3d 1190 (9th Cir.1998); Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1998). Mandamus is an extraordinary remedy. Patel, 134 F.3d at 931.

    The court has conducted a preliminary review of the petition for writ of mandamus. Based

on the allegations made in the petition for writ of mandamus, the court finds a responsive pleading from the USCIS or an entity representing the USCIS would be helpful in the adjudication of this action. Accordingly, pursuant to Rule 16 of the Federal Rules of Civil Procedure, the court HEREBY ORDERS:

1. Respondent SHALL submit a responsive pleading within thirty days of the date of service of this order. Respondent SHALL include with the response any and all documents Respondent believes are necessary for the resolution of the issues presented in the petition.

2. Respondent SHALL submit a notice of appearance of attorney of record within thirty days of the date of service of this order for the purpose of advising the Clerk of the Court the proper attorney for service.

3. Petitioner MAY file any response to Respondent's responsive pleading within fifteen days after Respondent files his responsive pleading.

4. The Clerk of the Court is DIRECTED to SERVE a copy of this order, along with a copy of the September 10, 2005 petition for writ of mandamus, on the following:

   A. The United States Attorney for the Eastern District of California or his representative;

   B. Don Riding, Officer in Charge
      USCIS Fresno Sub Office
      1177 Fulton Mall
      Fresno, CA 93721

   C. David Still, District Director USCIS
      San Francisco District
      630 Sansome Street
      San Francisco, CA 94111

5. Because this action was not filed by a prisoner, does not concern a conviction or sentence, and is not seeking habeas corpus relief, the Clerk of the Court is DIRECTED to remove the "HC" designation previously given to this action.

IT IS SO ORDERED.

**Dated:   October 27, 2005**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE