**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rafael Avila Gonzalez ) | CIV-F-05-1108 AWI WMW |
| ) | |
| Petitioner, ) | **AMENDED STIPULATION RE :** |
| ) | **RESPONDENT'S ANSWER** |
| v. ) | **AND ORDER THEREON** |
| ) | |
| Donald Riding, et al., ) | |
| ) | |
| Respondents. ) | |

On November 10, 2005, the parties filed the following stipulation:

Petitioner, Rafael Avila Gonzalez, and Respondents, Donald Riding and David Still, through undersigned counsel, hereby stipulate that the respondents' answer be filed by December 28, 2005.  Good cause exits for this stipulation because on October 27, 2005, the court served a copy of a Petition for Writ of Mandamus on the United States Attorney's office along with an order requiring the respondent to respond within thirty (30) days of the order.  The respondent is working to adjudicate the petitioner's application for adjustment of status and the matter may be resolved if given the extra time.  Moreover, pursuant to the Federal Rules of Civil Procedure Rule 12 (3)(A), the respondent's answer is due sixty days from the date of service.[1]  In this case, the United State's Attorney's office was not served until the court served the petition on the United States Attorney's office.  Therefore, the respondents' reply date of December 28, 2005, is in accordance with the prescribed time to respond under the Federal Rules of Civil Procedure. The parties also stipulate that the plaintiff can file any response to the Respondents' pleadings

---

[1] Rule 4(i) of the Federal Rules of Civil Procedure provides that when a civil action against an officer of the United States is initialed, the United States Attorney's Office as well as the Attorney General of the United States, and to officer in the action shall be served.

1

within fifteen days after the Respondent files their pleadings.

Dated: November 10, 2005                    Respectfully Submitted,

                                                                    McGREGOR W. SCOTT
                                                                    United States Attorney

                                   By:    /s/ Marianne A. Pansa
                                          Marianne A. Pansa
                                          Assistant U.S. Attorney
                                          Attorneys for the Respondents

                                          Donald Riding
                                          Officer in Charge
                                          USCIS Fresno Sub Office

                                          David Still
                                          District Director
                                          USCIS San Francisco District

                                   By:    /s/ Thomas Dillon
                                          Thomas Dillon
                                          Attorney for the Petitioner

Accordingly, **IT IS HEREBY ORDERED** that the Respondents' answer is to be filed by December 28, 2005, and that plaintiff may file any response to the Respondents' pleadings within fifteen days after the Respondent files their pleadings.

IT IS SO ORDERED.

**Dated:  November 14, 2005**                    /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE