1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant United States Attorney
3  Federal Building, Room 3654
   1130 O Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7  Attorneys for Respondent

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
10

11

   Rafael Avila Gonzalez            )    CIV-F-05-1108 AWI WMW
12                                   )
                        Petitioner,  )    **JOINT STIPULATION FOR**
13          v.                       )    **DISMISSAL AND ORDER**
                                     )
14  Donald Riding, et al.,           )
                                     )
15                                   )
                                     )
16                  Respondents.     )
   ──────────────────────────────── )
17

18       Petitioner, Rafael Avila Gonzalez, and Respondents, Donald Riding and David Still,

19  through undersigned counsel, hereby stipulate that subject to the approval of the court, that the

20  instant Writ of Mandamus be dismissed.  The basis of the writ was that the petitioner's

21  application for adjustment of status had not been adjudicated.  Since the filing of this action, the

22  respondent's have granted the petitioner legal permanent resident status.  Accordingly, the case

23  ///

24  ///

25  ///

26  ///

27  ///

28
                                        1

1   is now moot and the parties stipulate that the case should be dismissed.

2

3   Dated: December 22, 2005                    Respectfully Submitted,

4

5                                               McGREGOR W. SCOTT

6                                               United States Attorney

7

8                                   By:   /s/ Marianne A. Pansa

                                          Marianne A. Pansa

9                                         Assistant U.S. Attorney

                                          Attorneys for the Respondents

10

11                                        Donald Riding

                                          Officer in Charge

12                                        USCIS Fresno Sub Office

13                                        David Still

                                          District Director

14                                        USCIS San Francisco District

15

16                                  By:   /s/ Thomas Dillon (consent given to sign)

17                                        Thomas Dillon

                                          Attorney for the Petitioner

18

19   IT IS SO ORDERED.

20   **Dated:    December 23, 2005**              **/s/ Anthony W. Ishii**

21   0m8i78                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                        2